UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THE RONALD AND MAXINE LINDE FOUNDATION, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC.; BRIAN MARIOTTI; RUSSELL NICKEL; KEN BROTMAN; GINO DELLOMO; ADAM KRIGER; RICHARD MCNALLY; CHARLES DENSON; DIANE IRVINE; GOLDMAN SACHS & CO.; J.P. MORGAN SECURITIES LLC; MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED; ACON INVESTMENTS, L.L.C.; and FUNDAMENTAL CAPITAL, LLC,<br><br>Defendants. | NO.   2:18-cv-00282-RSM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING REMAND PROCEEDINGS** |

Plaintiff The Ronald and Maxine Linde Foundation ("Plaintiff") and Defendants, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. On January 18, 2018, Plaintiff filed the complaint in this putative class action (the "Complaint") in the Superior Court of Washington in and for King County against Funko, Inc., Brian Mariotti, Russell Nickel, Ken Brotman, Gino Dellomo, Adam Kriger, Richard McNally, Charles Denson, and Diane Irvine (collectively, the "Funko Defendants"); Goldman

STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING REMAND PROCEEDINGS - 1
(No. 2:18-cv-00282-RSM)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Sachs & Co. LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Incorporated; ACON Investments, L.L.C.; and Fundamental Capital, LLC (collectively, the "Additional Defendants," and together with the Funko Defendants, the "Defendants").

2. The Complaint alleges violations of Sections 11, 12, and 15 of the federal Securities Act of 1933, 15 U.S.C. § 77a, *et seq.*

3. On February 23, 2018, the Funko Defendants removed this action to this Court, along with two additional cases arising out of the same allegations and asserting substantially the same causes of action as this case. *See Baskin v. Funko, Inc., et al.*, 2:18-cv-00281-RSM; *Surratt v. Funko, Inc., et al.*, 2:18-cv-00283-RSM.

4. Although the Funko Defendants identified all three removed actions as "related to" *Lowinger v. Funko, Inc., et al.*, 2:18-cv-00201-RSM, which the Funko Defendants removed to this Court on February 7, 2018, the cases were assigned to different judges.

5. On March 2, 2018, this action was reassigned to Judge Ricardo S. Martinez, as related to *Lowinger v. Funko, Inc., et al.*, 2:18-cv-00201-RSM.

6. Plaintiff intends to file a motion to remand this action to the Superior Court of Washington in and for King County.

7. There have been no prior extensions of time for Defendants to answer, move or otherwise respond to the Complaint in this Court.

8. Subject to this Court's approval, the Defendants' time within which to answer, move, or otherwise respond to the Complaint is extended pending the Court's resolution of any motion to remand that Plaintiff may file, except as otherwise ordered by the Court.

9. Except as otherwise ordered by the Court, after a decision is issued on any motion to remand that Plaintiff may file, the undersigned parties will confer regarding a schedule for answering, moving, or otherwise responding to the Complaint.

///

///

///

STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING REMAND PROCEEDINGS - 2
(No. 2:18-cv-00282-RSM)

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

SO STIPULATED AND AGREED this 2nd day of March 2018.

| | |
|---|---|
| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **SAVITT BRUCE & WILLEY LLP** |

By */s/ Karl P. Barth [email authorization]*
   Steve W. Berman, WSBA #12536
   Karl P. Barth, WSBA #22780
   Dawn D. Cornelius, WSBA #50170
   1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
   Tel: (206) 623-7292
   Email: steve@hbsslaw.com
   Email: karlb@hbsslaw.com
   Email: dawn@hbsslaw.com

Of Counsel
**ROBBINS GELLER RUDMAN & DOWD LLP**
   Samuel H. Rudman (*PHV* to be filed)
   58 South Service Road, Suite 200
   Melville, NY 11747
   Tel: (631) 367-7100
   Email: srudman@rgrdlaw.com

   James I. Jaconette (*PHV* to be filed)
   Brian E. Cochran (*PHV* to be filed)
   655 West Broadway, Suite 1900
   San Diego, CA 92101
   Tel: (619) 231-1058
   Email: jamesj@rgrdlaw.com
          bcochran@rgrdlaw.com

   Corey D. Holzer (*PHV* to be filed)
   Holzer & Holzer, LLC
   1200 Ashwood Parkway, Suite 410
   Atlanta, GA 30338
   Tel: (770) 392-0090
   Email: cholzer@holzerlaw.com

*Attorneys for Plaintiff*

**SIDLEY AUSTIN LLP**

By */s/ Robin E. Wechkin [email authorization]*
   Robin E. Wechkin, WSBA #24746
   701 5th Avenue, Suite 4200
   Seattle, WA 98104

By */s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101
   Tel: (206) 749-0500
   Email: swilley@sbwllp.com

Of Counsel
**LATHAM & WATKINS LLP**
   Benjamin Naftalis (*pro hac vice*)
   Kevin McDonough (*pro hac vice*)
   885 Third Avenue
   New York, NY 10022-4834
   Tel: (212) 906-1246
   Email: benjamin.naftalis@lw.com
   Email: kevin.mcdonough@lw.com

*Attorneys for Defendants Funko, Inc.; Brian Mariotti; Russell Nickel; Ken Brotman; Gino Dellomo; Adam Kriger; Richard McNally; Charles Denson; and Diane Irvine*

**SAVITT BRUCE & WILLEY LLP**

By */s/ Stephen C. Willey*
   Stephen C. Willey, WSBA #24499
   1425 Fourth Avenue, Suite 800
   Seattle, WA 98101
   Tel: (206) 749-0500
   Email: swilley@sbwllp.com

**REED SMITH LLP**
   James L. Sanders (*PHV* to be filed)
   1901 Avenue of the Stars, Suite 700
   Los Angeles, CA 90067-6078
   Tel: (310) 734-5418
   Email: jsanders@reedsmith.com

*Attorneys for Defendant Fundamental Capital, LLC*

STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING REMAND PROCEEDINGS - 3
(No. 2:18-cv-00282-RSM)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Tel: (415) 439-1799
Email: rwechkin@sidley.com

*Attorneys for Defendants Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

**AEGIS LAW GROUP, LLP**

By */s/ Michael K. Ross [email authorization]*
Michael K. Ross, WSBA #22740
801 Pennsylvania Avenue, NW
Market Square West—Suite 740
Washington, DC 20004
Tel: (202) 737-3373
Email: mross@aegislawgroup.com

*Attorneys for Defendant ACON Investments, L.L.C.*

## I. ORDER

In accordance with the foregoing stipulation, it is so **ORDERED.**

DATED: March 5, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND PENDING REMAND PROCEEDINGS - 4
(No. 2:18-cv-00282-RSM)

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500