# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE RONALD AND MAXINE LINDE FOUNDATION, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FUNKO, INC., *et al.*,<br><br>Defendants. | Case No. C18-282RSM<br><br>ORDER TO REMAND |

In accordance with the parties' Stipulation to Remand (Dkt. #29), the Court hereby ORDERS that this case is REMANDED to the Superior Court of Washington in and for King County and this matter is now CLOSED.

Dated this 27 day of March, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1